## Sara Free, Appellee, v. Chicago Motor Coach Company, Appellant.

**Gen. No. 45,117.**

Heard in the first division, first district, this court at the April term, 1950. Barrett, Barrett, Costello & Barrett, for appellant; George F. Barrett, John W. Costello and Edward Wolfe, of counsel; James A. Dooley, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed December 4, 1950; rehearing denied December 18, 1950; released for publication December 19, 1950.